# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAMEKHA LEWIS-STURRUP, on behalf of herself and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>TFC PARTNERS, INC. d/b/a NFC AMENITY MANAGEMENT; JEAN POTTER, individually; JAMES SCOTT, individually,<br>    Defendants. | :<br>:<br>: Case No. 1:25cv10025<br>:<br>:<br>: (Removed from Suffolk County Superior<br>: Court Case No. 2484-CV-03148)<br>:<br>:<br>:<br>:<br>: |

## LOCAL RULE 81.1 CERTIFICATION

Pursuant to Local Rule 81.1(a), Defendants TFC Partners, Inc. d/b/a NFC Amenity Management, Jean Potter, individually and James Scott, individually hereby file certified copies of all records and proceedings in the state court of this case which has been removed to Federal District Court. The certified copies are attached hereto at Exhibit A.

Respectfully submitted this 17th day of January 2025.

Respectfully submitted,

   /s/ Michael C. Harrington
Michael C. Harrington (BBO #:  656144)
**FORD HARRISON LLP**
CityPlace II, 185 Asylum Street, Suite 820
Hartford, CT 06103
Telephone: 860-740-1366
MHarrington@fordharrison.com

## CERTIFICATE OF SERVICE

      This is to certify that on this 17th day of January, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Raymond Dinsmore, Esq.
Hayber, McKenna & Dinsmore, LLC
One Monarch Place Suite 1340
Springfield, MA 01144
rdinsmore@hayberlawfirm.com

                                              /s/ Michael C. Harrington
                                              Michael C. Harrington