# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Tamekha Lewis-Sturrup
**Plaintiff,**

v.                    Civil Case No. 25cv10025

TFC Partners et al
**Defendants.**

# SETTLEMENT ORDER OF DISMISSAL

**MURPHY, J.**

The Court having been advised on April 4, 2025, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action no later than 60 days, if settlement is not consummated.

By the Court,

April 4, 2025                    /s/ Marlene Martins
Date                             Deputy Clerk